# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **Advocates for Basic Legal Equality, Inc.,** | ) | CIVIL ACTION NO. 3:11-CV-1116 |
| | ) | |
| | ) | **Judge Jack Zouhary** |
| **Plaintiff,** | ) | |
| | ) | **MOTION TO VOLUNTARILY** |
| v. | ) | **DISMISS** |
| | ) | |
| **United States Department of Housing and Urban Development,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

Now comes Plaintiff and moves this Court for voluntary dismissal of its Complaint (Doc. #1). Discussions between the parties have resulted in a tender of documents in response to Plaintiff's Freedom of Information Act request. The issue that served as the basis of Plaintiff's complaint has been resolved. The parties have agreed to bear their own costs and fees.

/s/ Aneel L. Chablani
Aneel L. Chablani (#0083043)
Advocates for Basic Legal Equality
525 Jefferson Avenue
Toledo, Ohio 43604
Telephone: (419) 255-0814
Fax: (419) 259-2880
achablani@ablelaw.org

Counsel for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Aneel L. Chablani
Aneel L. Chablani

Counsel for Plaintiff